**UNITED STATES of America,**
**Petitioner-Appellee,**

v.

**Daniel H. KING, Respondent-Appellant.**

**No. 17-6181**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2017

Decided: July 11, 2017

Daniel H. King, Appellant Pro Se. G. Norman Acker, III, Edward D. Gray, Assistant United States Attorneys, Michael Bredenberg, Michael Lockridge, Special Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and NIEMEYER and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King appeals the district court's text order denying his motion to vacate his civil commitment and dismiss his case for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. King*, No. 5:10-hc-02009-FL (E.D.N.C. Feb. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*